**INTEREST OF A.G.S. & M.R.S.**

**Appeal of: M.M., mother**

**1881 WDA 2016**

Superior Court of Pennsylvania.

06/06/2017

42–15–0107 & 42–15–0107–1
(McKean)

Affirmed

**SUSQUEHANNA BANK**

**v.**

**THORNBURY PROPERTY**

**3537 EDA 2015**

Superior Court of Pennsylvania.

06/07/2017

2015–006252 (Delaware)

Affirmed

**COM.**

**v.**

**FALLIGAN, J.**

**475 EDA 2016**

Superior Court of Pennsylvania.

06/07/2017

CP–51–CR–0005376–2012
(Philadelphia)

Affirmed

**COM.**

**v.**

**DAVIS, P.**

**636 EDA 2016**

Superior Court of Pennsylvania.

06/07/2017

CP–51–CR–0000430–2010
(Philadelphia)

Affirmed

**COM.**

**v.**

**KEPHART, T.**

**218 WDA 2016**

Superior Court of Pennsylvania.

06/07/2017

CP–17–CR–0000106–2015
(Clearfield)

Affirmed